# Court of Appeals
# of the State of Georgia

ATLANTA, September 03, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0010.  YVONNE HICKMAN v. STATE OF GEORGIA.**

Yvonne Hickman filed a mandamus petition, seeking an order to compel a judge to return funds paid in connection with probation services.  Hickman also filed a motion to compel the return of funds.  On the same day that the trial court dismissed the mandamus petition, the court entered a second order denying Hickman's motion to compel.[1]  In this appeal, Hickman challenges the trial court's denial of her motion to compel.

The Supreme Court has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006).  Because this case is ancillary to the denial of Hickman's mandamus petition, jurisdiction is proper in the Supreme Court.  Accordingly, this case is TRANSFERRED to the Supreme Court for disposition.

---

[1] Hickman appealed the trial court's order dismissing her mandamus petition, and that appeal was docketed as A14A0009.  That appeal is being transferred to the Supreme Court in a separate order.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 09/03/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ , *Clerk.*